IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

CHAD DAVID EISCHENS,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 3:25-cv-00240

**STIPULATION FOR AN EXTENSION OF TIME TO ANSWER**

The United States of America ("United States") by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Melissa Helen Burkland, Assistant United States Attorney, and Chad David Eischens, by Adam Justinger (collectively, "the Parties"), hereby stipulate to an extension of time for the United States to answer or otherwise respond, making the United States' deadline **March 3, 2026**. The reason for the extension is that the Parties believe this matter can be resolved without litigation. The extension allows Plaintiff to provide and the United States to review the necessary documents to facilitate Plaintiff purchasing a firearm.

Dated: January 2, 2026

NICHOLAS W. CHASE
United States Attorney

By: Melissa H. Burkland

MELISSA HELEN BURKLAND
Assistant United States Attorney
WI Bar ID 1071443
655 First Avenue North, Suite 250
Fargo, ND 58102-4932
(701) 297-7400
melissa.burkland@usdoj.gov
Attorney for United States

SW&L ATTORNEYS

By:_
ADAM JUSTINGER
SW&L Attorneys

Digitally signed by Adam Justinger
Date: 2025.12.31 16:07:22 -06'00'

4627 44th Avenue South, Suite 108
Fargo, ND 58104
Telephone: (701) 297-2890
ND ID #08635
Adam.justinger@swlattorneys.com
ATTORNEY FOR PLAINTIFF