IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Chad Eischens,<br><br>Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>Defendant. | Case No.: 3:25-CV-240<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

The parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to a dismissal of the case, without prejudice, and without taxation of attorneys' fees and costs to any party. This matter has not been previously dismissed by Plaintiff in any federal-court or state-court action.

Dated this 10th day of February, 2026.

Digitally signed by Adam Justinger
Date: 2026.02.10 08:05:48 -06'00'

Adam Justinger (ND ID #08635)
SW&L Attorneys
4627 44th Avenue South, Suite 108
Fargo, North Dakota 58104
Telephone: (701) 297-2890
Fax: (701) 297-2896
adam.justinger@swlattorneys.com
ATTORNEYS FOR PLAINTIFF

Dated this 10th day of February, 2026.

/s/Melissa Burkland

Melissa Helen Burkland (WI ID #1071443)
Assistant United States Attorney
655 1st Avenue North, Suite 250
Fargo, North Dakota 58102
Telephone: (701) 297-7400
melissa.burkland@usdoj.gov
ATTORNEYS FOR DEFENDANT